The People of the State of New York, Respondent, v. Robert Link, Appellant.— Motion for leave to prosecute appeal as a poor person granted. Motion for an order directing the County of Sullivan to pay the necessary bills for printing record and points denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Jack Siegel, Respondent, v. Joseph Gross and Others, Defendants. Elias Aronson, Appellant.— Motion for stay denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of Staten Island Milk & Cream Co., Inc., Petitioner, to Review a Determination Made by Holton V. Noyes, as Commissioner of Agriculture & Markets, Respondent.— Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves record and brief on or before August 16, 1941, and is ready for argument at the September Order and General Calendar Term of this court, commencing September 22, 1941, in which event the motion is denied. Stay vacated. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Edna Ogden, as Administratrix, etc., of Frank Ogden, Deceased, Respondent, v. Arthur Furcha, Appellant, and Verne Walden and Another, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Seglin Construction Company, Inc., Appellant, v. The State of New York, Respondent. (Claim No. 23906.) — Claimant had a contract with the State for the erection of a number of buildings at the Brooklyn State Hospital, Creedmoor Division. After the work was completed claimant brought an action for breach of contract. The Court of Claims made a small award in its favor. The claim involves exterior brick work, interior brick work, extra work and delays in the execution of the contract. The court below found that the changes regarding the brick work were made without protest on claimant's part and in many instances it had consented to such changes. The court also found that the State was not responsible for the delay. The evidence sustains the findings. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.